157 A.3d 838

BOROUGH OF RINGWOOD, APPELLANT-RESPONDENT, v. BOARD OF REVIEW, DEPARTMENT OF LABOR, RESPONDENT-RESPONDENT, AND BARBARA FICKEN, RESPONDENT-PETITIONER.

December 2, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001244–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.